Fisk, administratrix, *et al.* v. Fisk, appellant.

Appeal from an order denying a motion for a new trial and from a judgment upon a verdict for plaintiff. The action was brought by Charlotte A. Fisk and Elijah Gray, as administratrix and administrator of the estate of Thomas J. Fisk, deceased, against Henry C. Fisk, upon a due bill made by defendant in favor of plaintiffs' intestate.

*George F. Danforth*, for appellant.

*W. F. Cogswell*, for respondents.

Mullin, P. J.

The judgment was affirmed on the ground that the verdict of the jury on conflicting evidence would not be interfered with.

*Judgment affirmed.*